AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Andrew D. Shapiro

V.

Gator Development, LLC, and
Matthew J. Callahan

CASE NUMBER: **07 C 6870**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Gator Development, LLC
c/o Larry C. Oldham (Registered Agent)
416 Pirkle Ferry Road
Suite K-500
Cumming, GA 30040

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew D. Shapiro
Butler Rubin Saltarelli & Boyd, LLP
70 West Madison Street
Suite 1800
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*Cynthia Mercado* (signature)

------------------------------
(By) DEPUTY CLERK



December 6, 2007
------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 12/14/2007 |
| NAME OF SERVER (PRINT) Chuck Balduff | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

416 Pirkle Ferry Rd Suite K-500, Cumming, GA 30040

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/14/2007
           Date                    Signature of Server

1255 Lakes Pkwy, Suite 380, Lawrenceville, GA 30043
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.