UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW D. SHAPIRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6870 |
| v. ) | |
| ) | |
| GATOR DEVELOPMENT, LLC, and ) | Judge Joan B. Gottschall |
| MATTHEW J. CALLAHAN, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST GATOR DEVELOPMENT, LLC

Plaintiff Andrew D. Shapiro moves this Court pursuant to Federal Rule of Civil Procedure 55 to enter a default and a default judgment against Defendant Gator Development, LLC ("Gator"). In support of this motion, Plaintiff Shapiro offers the Affidavits of Chuck Balduff and Andrew D. Shapiro, filed contemporaneously herewith, and further states as follows.

1. On December 5, 2007, Plaintiff Shapiro commenced an action in the United States District Court for the Northern District of Illinois (Case No. 07 C 6870) against: (1) Gator Development, LLC ("Gator") asserting Breach of Promissory Note (Count I); and (2) Defendant Matthew J. Callahan asserting breach of Personal Guaranty (Count II). (*See* Complaint, attached hereto as Exhibit 1.)

2. In support of Count I, Plaintiff Shapiro alleges that: (i) Defendant Gator executed and delivered a promissory note in favor of Plaintiff Shapiro (the "Promissory Note") in consideration of a loan to Defendant Gator from Plaintiff Shapiro; (ii) pursuant to the Promissory Note, Defendant Gator promised to repay $100,000 on or before August 15, 2008 and make six interest installment payments to Plaintiff Shapiro of $5,000 each; (iii) Defendant Gator failed to make the third interest installment payment, which was due on November 15, 2007; (iv) the

Promissory Note provided Plaintiff Shapiro the right to declare the total unpaid balance of the Promissory Note to be due and immediately payable in advance of the maturity date if Defendant Gator failed to make an interest installment payment when due; (v) Plaintiff Shapiro declared the amount of the total unpaid balance of the Promissory Note to be due and immediately payable by letter dated November 20, 2008; (vi) Defendant Gator ignored Plaintiff Shapiro's demand; (vii) Defendant Gator is therefore in default under the Promissory Note; (viii) the Promissory Note provides that any payment of principal or interest that is not made when due will bear interest at a rate of twenty percent per annum; and (ix) the Promissory Note also provides that Defendant Gator will pay all costs of collection, including attorney's fees if amounts due under the Promissory Note are collected by law or through an attorney. (*See* Ex. 1 at ¶¶ 7-15.)

3. On December 14, 2007, Chuck Balduff, a private investigator, served the Summons and Complaint in this action on Defendant Gator by personally serving Defendant Gator's registered agent, Larry C. Oldham. (*See* Affidavit of Process Server, attached hereto as Exhibit 2.) The Summons required Defendant Gator to answer the Complaint within twenty (20) days after service, or by January 3, 2008. *(Id.)*

4. Service upon Defendant Gator was proper under Rule 4 of the Federal Rules of Civil Procedure.

5. Defendant Gator has neither filed an appearance nor answered the Complaint.

6. As of the date of this filing, the outstanding balance on the Promissory Note is $108,049.32. (*See* Affidavit of Andrew D. Shapiro at ¶ 8, attached hereto as Exhibit 3.) As of this filing, Plaintiff Shapiro has incurred fees and expenses totaling $3,612.49 attempting to collect the outstanding balance due on the Promissory Note and Personal Guaranty. (*See id.* at ¶ 9.)

7. Accordingly, pursuant to the terms of the Promissory Note, Plaintiff Shapiro is entitled to a judgment in the amount of $111,661.81.

WHEREFORE, Plaintiff Shapiro requests that this Court:

(a) Enter the default of Defendant Gator;

(b) Enter a default judgment against Defendant Gator for compensatory damages in the amount of $111,661.81;

(c) Award Plaintiff Shapiro any post-judgment interest that may hereafter accrue as provided for in 28 U.S.C. §1961; and

(d) Award any other relief the Court deems appropriate.

Dated:  January 7, 2008                              ANDREW D. SHAPIRO

                                                     s/ James A. Morsch
                                                     One of the Attorneys for Plaintiff

James A. Morsch (6209558)
Andrew D. Shapiro (6273040)
BUTLER RUBIN SALTARELLI & BOYD LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660
Attorneys for Plaintiff Andrew D. Shapiro

W0061766v1

3