UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW D. SHAPIRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6870 |
| v. ) | |
| ) | |
| GATOR DEVELOPMENT, LLC, and ) | Judge Joan B. Gottschall |
| MATTHEW J. CALLAHAN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Gator Development, LLC
c/o Larry C. Oldham (Registered Agent)
416 Pirkle Ferry Road
Suite K-500
Cumming, Georgia 30040
(Via Federal Express Overnight)
**larryoldham@lcopc.com**

**PLEASE TAKE NOTICE** that on **Thursday, January 10, 2008 at 9:30 a.m.** the undersigned shall appear before the Honorable Judge Joan B. Gottschall, or any judge sitting in her stead in the courtroom usually occupied by her in the Dirksen Federal Building, and then and there present the attached *Motion for Entry of Default and Default Judgment Against Gator Development, LLC*, a copy of which is hereby served upon you.

Dated:  January 7, 2008                                     James A. Morsch


                                                            s/ James A. Morsch
                                                            One of the Attorneys for Plaintiff

James A. Morsch (6209558)
Andrew D. Shapiro (6273040)
BUTLER RUBIN SALTARELLI & BOYD LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660
Attorneys for Plaintiff Andrew D. Shapiro

W0061811v1

## CERTIFICATE OF SERVICE

I, James A. Morsch, an attorney, hereby certify that I caused a copy of the foregoing **Plaintiff's Motion for Entry of Default and Default Judgment Against Gator Development, LLC** to be served upon the party listed below via Federal Express Overnight and via e-mail, on January 7, 2008.

Gator Development, LLC
c/o Larry C. Oldham (Registered Agent)
416 Pirkle Ferry Road
Suite K-500
Cumming, Georgia 30040
(Via Federal Express Overnight)
**larryoldham@lcopc.com**

                                                          s/ James A. Morsch
                                                          James A. Morsch