UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW D. SHAPIRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 C 6870 |
| v. ) | |
| ) | |
| GATOR DEVELOPMENT, LLC, and ) | Judge Joan B. Gottschall |
| MATTHEW J. CALLAHAN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO: Matthew J. Callahan
11408 S. Harvard Avenue
Tulsa, Oklahoma 74137

2855 Lawrenceville Suwanee Rd.
Suite 760
Suwanee, Georgia 30024-3140
(Via Federal Express Overnight)
**mcallahan@moofishproductions.com**
**mcallahan@callahanindustries.net**

**PLEASE TAKE NOTICE** that on **Thursday, January 10, 2008 at 9:30 a.m.** the undersigned shall appear before the Honorable Judge Joan B. Gottschall, or any judge sitting in her stead in the courtroom usually occupied by her in the Dirksen Federal Building, and then and there present the attached *Motion for Entry of Default and Default Judgment Against Matthew J. Callahan*, a copy of which is hereby served upon you.

Dated:  January 7, 2008          James A. Morsch


                                  s/ James A. Morsch
                                  One of the Attorneys for Plaintiff

James A. Morsch (6209558)
Andrew D. Shapiro (6273040)
BUTLER RUBIN SALTARELLI & BOYD LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660
Attorneys for Plaintiff Andrew D. Shapiro

W0061801v1

# CERTIFICATE OF SERVICE

I, James A. Morsch, an attorney, hereby certify that I caused a copy of the foregoing **Plaintiff's Motion for Entry of Default and Default Judgment Against Matthew J. Callahan** to be served upon the party listed below via Federal Express Overnight and via e-mail, on January 7, 2008.

**Matthew J. Callahan**
11408 S. Harvard Avenue
Tulsa, Oklahoma 74137

2855 Lawrenceville Suwanee Road
Suite 760
Suwanee, Georgia 30024-3140
(Via Federal Express Overnight)
mcallahan@moofishproductions.com
mcallahan@callahanindustries.net

                                                                                 s/ James A. Morsch
                                                                                  James A. Morsch