# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Andrew D Shapiro

                        Plaintiff,

v.                                       Case No.: 1:07−cv−06870
                                        Honorable Joan B. Gottschall

Gator Development, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2008:

        MINUTE entry before Judge Joan B. Gottschall :MOTION by Plaintiff Andrew D Shapiro for default judgment in the amount of $111,661.81 as to Gator Development, LLC [9], and Matthew J. Callahan [11] is granted. Hearing held. Counsel to submit draft order.Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.