Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6870 | **DATE** | 1/10/2008 |
| **CASE TITLE** | Andrew D. Shapiro vs. Gator Development, LLC, et al | | |

**DOCKET ENTRY TEXT**

Enter Order of Judgment.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|