

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDREW D. SHAPIRO, )
)
Plaintiff, )
) Case No. 07 C 6870
v. )
)
GATOR DEVELOPMENT, LLC, and ) Judge Joan B. Gottschall
MATTHEW J. CALLAHAN, )
)
Defendants. )

**ORDER OF JUDGMENT**

This cause coming on Plaintiff Shapiro's Motions for Entry of Default and Default Judgment against Defendant Gator Development, LLC and Defendant Matthew J. Callahan, the Court finding each defendant in default, it is hereby ordered that judgment is entered in Plaintiff Shapiro's favor and against Gator Development, LLC and Matthew J. Callahan in the amount of $111,661.81.

Dated: January 10, 2008

Judge Joan B. Gottschall

Order Prepared by:

James A. Morsch (6209558)
Andrew D. Shapiro (6273040)
BUTLER RUBIN SALTARELLI & BOYD LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660
Attorneys for Plaintiff Andrew D. Shapiro