# United States District Court
## Northern District of Illinois
### Eastern Division



Andrew D. Shapiro

v.

Gator Development, LLC, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 07 C 6870

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff and against Defendant Gator Development, LLC and Defendant Matthew J. Callahan in the amount of $111,661.81. Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 1/10/2008

/s/ Rhonda Johnson, Deputy Clerk